Michael DOOLEY *v.* Eddie Dale GRAMLING, Charles
Gramling and Southeastern Fidelity Insurance Company

88-171                                759 S.W.2d 544

Supreme Court of Arkansas
Opinion delivered November 7, 1988

*Keith Blackman*, for appellant.

*Goodwin, Hamilton & Moore*, for appellee.

JOHN I. PURTLE, Justice. This is another Rule 54(b) case.
Michael Dooley filed suit against Eddie Gramling, Charles
Gramling and American Deposit Insurance Company (later
amended to substitute Southeastern Fidelity Insurance Com-
pany). The trial court granted a summary judgment in favor of
Charles Gramling. Notice of appeal from that order was given,
and the case was filed and fully briefed in this court.

ARCP Rule 54(b) has caused the dismissal of many cases.
See *Bryan Farms, Inc.* v. *State*, 295 Ark. 180, 747 S.W.2d 115
(1988); *Pitts* v. *Sipes*, 293 Ark. 340, 737 S.W.2d 647 (1987);
*Rone* v. *Little*, 293 Ark. 242, 737 S.W.2d 152 (1987); *Kilcrease* v.
*Butler*, 291 Ark. 275, 724 S.W.2d 169 (1987); *Tackett* v. *Robbs*,
293 Ark. 171, 735 S.W.2d 700 (1987); *Hall* v. *Lunsford*, 292
Ark. 655, 732 S.W.2d 141 (1987); *Murry* v. *State Farm Mutual
Auto Insurance*, 291 Ark. 445, 725 S.W.2d 571 (1987); and
*Wilson* v. *Wilson*, 270 Ark. 485, 606 S.W.2d 56 (1980).

In the case before us multiple claims were made against

three separate defendants. Two defendants remain, and all the claims are yet to be decided by the trial court.

Appeal dismissed.